**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

**CASE NO.: 2:24-cv-14107-AMC**

SHON A. BROOKS AND
LEAH M. BROOKS,

    Plaintiffs,

v.

UNITED WHOLESALE MORTGAGE, LLC, a
Michigan Limited Company a Foreign Limited
Liability Company in the State of Florida, AND
NATIONSTAR MORTGAGE LLC DBA
MR. COOPER, a Delaware Limited Liability
Company a Foreign Limited Liability Company
in the State for Florida

    Defendants.
_____/

## JOINT STATUS REPORT

Pursuant to the Court's November 8, 2024, Order Granting Unopposed Motion to Stay and Staying Case [D.E. 43], Plaintiffs Shon A. Brooks and Leah M. Brooks ("Plaintiffs") and Defendants United Wholesale Mortgage, LLC ("UWM"), Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar")(collectively "Defendants"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

## BACKGROUND

1.    Plaintiffs commenced this action on April 11, 2024, raising claims against Defendants related to a residential mortgage that is the subject of a certain state court residential foreclosure matter[1] and the underlying debt secured by Plaintiffs' real property in Indian River

---

[1] Indian River County, Florida, Case No. 2024-CA-000218.

County, Florida ("Foreclosure Action"). [D.E. 1].

2. On November 8, 2024, the Court ordered this matter be stayed pending resolution of the Foreclosure Action. [D.E. 43]. The Court administratively closed the case but ordered the parties to file a joint status report every sixty (60) days.

## UPDATED STATUS

3. On June 11, 2024, Plaintiffs filed their Answer and Affirmative Defenses in the Foreclosure Action.

4. On July 15, 2024, Plaintiffs filed a Motion for Summary Judgment in the Foreclosure Action.

5. On October 25, 2024, Plaintiffs filed a Motion for Leave to Amend Answer and Affirmative Defenses and to Add Counterclaim.

6. On December 4, 2024, the court in the Foreclosure Action entered an order denying Plaintiffs' Motion for Summary Judgment.

7. The parties continue to engage in discovery and there are outstanding motions that have yet to be heard in the Foreclosure Action.

8. A trial date has not yet been set in the Foreclosure Action.

9. A copy of the Foreclosure Action docket is attached as **Exhibit A**.

Dated: January 6, 2025                    Respectfully submitted,

                                          By: */s/ Jason R. Bowyer*
                                          Jason R. Bowyer
                                          Florida Bar No. 0693731
                                          jbowyer@mcguirewoods.com
                                          Kathleen D. Dackiewicz
                                          Florida Bar No. 1003294
                                          kdackiewicz@mcguirewoods.com
                                          McGuireWoods LLP
                                          50 North Laura Street, Suite 3300
                                          Jacksonville, Florida 32202
                                          (904) 798-3200
                                          (904) 798-3207 (fax)
                                          flservice@mcguirewoods.com
                                          fladmin@mcguirewoods.com

                                          *Counsel for Defendants United Wholesale Mortgage, LLC, and Nationstar Mortgage LLC d/b/a Mr. Cooper*

                                          By: */s/ Shon A. Brooks (with permission)*
                                          Shon A. Brooks
                                          5820 33rd St.
                                          Vero Beach, FL 32966
                                          *Pro Se Plaintiff*

                                          By: */s/ Leah M. Brooks (with permission)*
                                          Leah M. Brooks
                                          5820 33rd St.
                                          Vero Beach, FL 32966
                                          leahbrooks0912@gmail.com
                                          *Pro Se Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on January 6, 2025. I also certify that the foregoing document is being served this day via transmission of Electronic Filing generated by CM/ECF and/or U.S. Mail on the following:

Shon A. Brooks
5820 33rd St.
Vero Beach, FL 32966
*Pro Se Plaintiff*

Leah M. Brooks
5820 33rd St.
Vero Beach, FL 32966
leahbrooks0912@gmail.com
*Pro Se Plaintiff*

                                                    */s/ Jason R. Bowyer*
                                                        Attorney